UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STEPHEN McGOWAN,<br><br>Defendant. | CASE NO. CR17-201RSM<br><br>**ORDER** |

Defendant's pro se motion to appoint counsel filed September 4, 2020 (Dkt #50), is GRANTED. The Clerk is directed to provide a copy of this Order to the CJA Coordinator for appointment of counsel in this matter.

DATED this 15th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE