The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13

UNITED STATES OF AMERICA,

Plaintiff

v.

GEORGE STEPHEN McGOWEN,

Defendant.

NO. 17-CR-201-RSM

**ORDER GRANTING STIPUATED BRIEFING SCHEDULE**

14
15
16
17

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

18
19

a.    Counsel for the defendant shall file a motion for reduction in sentence on or before March 5, 2021;

20

b.    The government's response shall be filed on or before March 19, 2021; and

21
22

b.    Any reply should then be filed on or before March 26, 2021, and the matter noted for that date.

23

DATED this 16th day of February, 2021.

24
25
26

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

27    ///

28

ORDER SETTING BRIEFING SCHEDULE/
*United States v. McGowan,* 17-CR-201-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2
Presented by:

3

4
*/s/ Helen J. Brunner*
HELEN J. BRUNNER

5
Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING BRIEFING SCHEDULE/
*United States v. McGowan,* 17-CR-201-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970