Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GEORGE STEPHEN McGOWAN,<br><br>Defendant. | NO. 16-CR-201-RSM<br><br>**ORDER GRANTING SECOND STIPULATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule is as follows:

a. Counsel for the defendant shall file a motion for reduction in sentence on or before March 26, 2021;

b. The government's response shall be filed on or before April 9, 2021; and

b. Any reply should then be filed on or before April 16, 2021, and the matter noted for that date.

DATED this 5th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER SETTING BRIEFING SCHEDULE/
*United States v. McGowan,* 16-CR-201-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  Presented by:
3  */s/ Helen J. Brunner*
4  HELEN J. BRUNNER
   Assistant United States Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER SETTING BRIEFING SCHEDULE/
*United States v. McGowan,* 16-CR-201-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970