CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-201RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBITS |
| GEORGE McGOWAN, | |
| Defendant. | |

THIS MATTER has come before the Court on George McGowan's motion to seal Exhibits 5 and 6 (BOP medical and education records) to his motion for a sentence reduction. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibits under seal.

IT IS ORDERED that Exhibits 5 and 6 be sealed.

DATED this 18th day of January 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for George McGowan

ORDER TO SEAL EXHIBITS
(*United States v. George McGowan*; CR17-201RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100