CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR17-201RSM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO FILE OVERLENGTH |
| ) | BRIEF |
| GEORGE McGOWAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER has come before the Court on George McGowan's motion to file an overlength motion for a sentence reduction. The Court has considered the motion and the relevant records.

IT IS NOW ORDERED that George McGowan's motion to file an overlength motion for a sentence reduction is GRANTED.

DATED this 18th day of January 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for George McGowan

ORDER TO FILE OVERLENGTH BRIEF
(*United States v. George McGowan*; CR17-201RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100