Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE McGOWAN,<br><br>Defendant. | NO. CR17-201 RSM<br><br>ORDER TO CONTINUE RESPONSE TO MOTION FOR COMPASSIONATE RELEASE AND REPLY DEADLINES |

The parties agreed Motion to Continue Response and Reply Deadlines is hereby GRANTED. The government's response to Defendant's Motion for Compassionate Release (Dkt #61), shall be due January 27, 2022, and Defendant's reply, if any, shall be due February 22, 2022.

DATED this 21st day of January, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

ORDER CONTINUING COMPASSIONATE RELEASE RESPONSE
AND REPLY DEADLINES - 1
CR17-201 RSM / *U.S. v. McGowan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970